ACCEPTED
15-25-00062-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/4/2025 10:41 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00062-CV

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/4/2025 10:41:54 AM
CHRISTOPHER A. PRINE
Clerk

STATE OF TEXAS,

*Appellant.*

v.

CITY OF DALLAS, ET AL.,

*Appellees.*

On Appeal from the
134th Judicial District Court, Dallas County

## JOINT MOTION TO EXTEND TIME TO FILE OPENING BRIEF

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellant, the State of Texas, and Appellees, the City of Dallas, et al., respectfully request that the Court extend the time for the filing of Appellant's Brief on the Merits by an additional thirty (30) days to July 4, 2025. The Parties seek a 30-day extension of time, extending the State's deadline to enter its opening brief from June 4, 2025, until Friday, July 4, 2025, to allow the parties additional time to meet and confer regarding ongoing discussions which have the potential to resolve this matter.

Good cause supports this motion. The Parties have reached a settlement in principle that may resolve the issues before the Court in this appeal. Accordingly, the parties respectfully request a 30-day extension of time to meet and confer. The parties will promptly inform the Court if an agreement is reached or, conversely, if negotiations fail to yield an agreement, the parties will proceed in accordance with the Court's schedule.

Accordingly, the parties respectfully request their request for an extension of time be granted.

Date: May 2, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

*/s/ Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel
Texas State Bar No. 24116957
Zachary.Rhines@oag.texas.gov

KYLE S. TEBO
Special Counsel
Texas State Bar No. 24137691
Kyle.Tebo@oag.texas.gov

OFFICE OF THE TEXAS ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

COUNSEL FOR THE STATE OF TEXAS

Respectfully submitted,

*/s/ Elizabeth Chandler* (*with permission)
ELIZABETH CHANDLER
Texas State Bar No. 24097484
elizabeth.chandler@dallas.gov
Assistant City Attorney

STACY JORDAN RODRIGUEZ
Texas State Bar No. 11016750
stacy.rodriguez@dallas.gov
Assistant City Attorney

ANDREW G. SPANIOL
Texas State Bar No. 24063012
andrew.spaniol@dallas.gov
Senior Assistant City Attorney

NICHOLAS D. PALMER
Texas State Bar No. 24067814
nicholas.palmer@dallas.gov
Executive Assistant City Attorney

DALLAS CITY ATTORNEY'S OFFICE
1500 Marilla St., Room 7DN
Dallas, Texas 75201
Phone: (214) 670-3519
Fax: (214) 670-0622

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

I certify that on June 3–4, 2025, I conferred via email with counsel for Defendant-Appellees regarding the subject of this motion. Counsel join the State Appellant's request for a 30-day extension.

*/s/ Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, a true and correct copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

*/s/ Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Bonnie Freymuth on behalf of Zachary Rhines
Bar No. 24116957
bonnie.freymuth@oag.texas.gov
Envelope ID: 101599517
Filing Code Description: Motion
Filing Description: Joint Motion for Extension of Time
Status as of 6/4/2025 10:55 AM CST

Associated Case Party: City of Dallas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Stacy Rodriguez | 11016750 | stacy.rodriguez@dallascityhall.com | 6/4/2025 10:41:54 AM | SENT |
| Nicholas Palmer | 24067814 | nicholas.palmer@dallas.gov | 6/4/2025 10:41:54 AM | SENT |
| Andrew G.Spaniol | | andrew.spaniol@dallas.gov | 6/4/2025 10:41:54 AM | SENT |
| Elizabeth Chandler | | elizabeth.chandler@dallas.gov | 6/4/2025 10:41:54 AM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Zachary Rhines | | zachary.rhines@oag.texas.gov | 6/4/2025 10:41:54 AM | SENT |
| Kyle Tebo | | Kyle.Tebo@oag.texas.gov | 6/4/2025 10:41:54 AM | SENT |
| Bonnie Freymuth | | bonnie.freymuth@oag.texas.gov | 6/4/2025 10:41:54 AM | SENT |